ATLAS IRON CONSTRUCTION COMPANY, Appellant, *v.* GEORGE
FERGUSON, Respondent.

Reported below, 74 Hun, 637.
(Argued January 13, 1896; decided January 28, 1896.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made December 1; 1893, which affirmed a judgment in favor
of defendant entered upon the report of a referee.

*Charles Fox* for appellant.

*J. A. Young* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

THOMAS COMMERFORD MARTIN, Appellant, *v.* WILLIAM J.
JOHNSTON et al., Respondents.

Reported below, 6 Misc. Rep. 310.
(Argued January 13, 1896; decided January 28, 1896.)

APPEAL from judgment of the General Term of the Super-
for Court of the city of New York, entered upon an order
made December 29, 1893, which affirmed a judgment in favor
of defendants entered upon the report of a referee dismissing
the complaint.

*Austen G. Fox* for appellant.

*Thomas J. Keigharn* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

ANNA SCHIERLOH, Respondent, *v.* MATHILDA SCHIERLOH,
Appellant.

(Submitted January 20, 1896; decided January 28, 1896.)

MOTION for re-argument denied.   (See 148 N. Y. 103.)